Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

October 28, 2020

WILLIAM M. McCOOL, Clerk

By Stefanie Ratter Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAYMOND WALTER MICHLIG,<br>Defendant. | NO. CR20-185 RSM<br><br>INDICTMENT |

COUNT ONE

(Smuggling of Merchandise)

Beginning in or before July 2020, and continuing through on or about October 14, 2020, in Snohomish County, within the Western District of Washington and elsewhere, RAYMOND WALTER MICHLIG knowingly did import merchandise, that is, two firearm silencers, contrary to law, then knowing that said merchandise had been imported and brought into the United States contrary to law.

All in violation of Title 18, United States Code, Section 545.

COUNT TWO

(Possession of Unregistered Firearms)
(Parcel from China)

On or about October 14, 2020, in Snohomish County, within the Western District of Washington, RAYMOND WALTER MICHLIG did knowingly possess firearm



UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101

silencers, namely, two black metal silencers, which had not been registered to RAYMOND WALTER MICHLIG in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5845(a)(7).

COUNT THREE

(Possession of Unregistered Firearms)
(Residence)

On or about October 14, 2020, in Snohomish County, within the Western District of Washington, RAYMOND WALTER MICHLIG did knowingly possess firearm silencers, namely, ten black metal silencers, which had not been registered to RAYMOND WALTER MICHLIG in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5845(a)(7).

COUNT FOUR

(Possession of Machinegun)

On or about October 14, 2020, in Snohomish County, within the Western District of Washington, RAYMOND WALTER MICHLIG did knowingly possess a machinegun, namely, a fully-automatic Uzi rifle.

All in violation of Title 18, United States Code, Section 922(o)(1).

COUNT FIVE

(Possession of Unregistered Destructive Devices)

On or about October 14, 2020, in Snohomish County, within the Western District of Washington, RAYMOND WALTER MICHLIG did knowingly possess destructive devices, that is, a combination of parts from which destructive devices may be readily assembled, which had not been registered to RAYMOND WALTER MICHLIG in the National Firearms Registration and Transfer Record.



UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5845(f)(3).

## ASSET FORFEITURE ALLEGATION

All of the allegations in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, the defendant RAYMOND WALTER MICHLIG shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any proceeds he obtained from the offense. The defendant shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 545, any merchandise introduced into the United States in violation of Title 18, United States Section 545, including but not limited to two firearm silencers.

Upon conviction of the offense alleged in Count 2, the defendant RAYMOND WALTER MICHLIG shall forfeit to the United States, pursuant to Title 26, United States Code, Sections 5872, by way of Title 28, United States Code, Section 2461(c), any firearm involved in the offense, including but not limited to two firearm silencers.

Upon conviction of the offense alleged in Count 3, the defendant RAYMOND WALTER MICHLIG shall forfeit to the United States, pursuant to Title 26, United States Code, Sections 5872, by way of Title 28, United States Code, Section 2461(c), any firearm involved in the offense, including but not limited to ten firearm silencers.

Upon conviction of the offense alleged in Count 4, the defendant RAYMOND WALTER MICHLIG shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of 28, United States Code, Section 2461(c), any firearm involved in the offense, including but not limited to an Uzi rifle.

Upon conviction of the offense alleged in Count 5, the defendant RAYMOND WALTER MICHLIG shall forfeit to the United States, pursuant to Title 26, United States Code, Sections 5872, by way of Title 28, United States Code, Section 2461(c), any firearm involved in the offense, including but not limited to parts that can readily assemble into explosive grenades.



UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(f), to seek forfeiture of any of property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL

DATED: 10/28/2020

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.

FOREPERSON

BRIAN T. MORAN
United States Attorney

TODD L. GREENBERG
Assistant United States Attorney

YE-TING WOO
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET SUITE 5220
SEATTLE, WASHINGTON 98101