UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-185RSM |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRE-TRIAL MOTIONS DUE DATE |
| RAYMOND WALTER MICHLIG, | |
| Defendant. | |

Having considered the record and the parties' joint motion to continue the trial, and General Order 18-20 for the Western District of Washington, the Court FINDS that for the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates is GRANTED.

The trial shall be rescheduled on May 24, 2021, and the pretrial motions deadline shall be April 16, 2021.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the new trial date is excluded in computing the time within which

Order Continuing Trial
*United States v. Michligs*, CR20-185RSM – 1

trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.*

Dated this 14th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Ye-Ting Woo*
 Ye-Ting Woo
Assistant United States Attorney