UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR20-185RSM |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| RAYNOND WALTER MICHLIG, | |
| Defendant. | |

Having considered the record and the Defendant's unopposed motion to continue the trial, the Court FINDS that for the reasons detailed in the Defendant's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Id. IT IS THEREFORE ORDERED that the Defendant's motion to continue the trial date and other dates is GRANTED. The trial shall be rescheduled on December 13, 2021, and the pretrial motions deadline shall be November 8, 2021.

ORDER CONTINUING TRIAL DATE - 1

IT IS FURTHER ORDERED that the time between the date of the filing of defendant's unopposed motion and the new trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED this 21st day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE