1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-185RSM |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | ORDER CONTINUING TRIAL AND PRE-TRIAL MOTIONS DUE DATE |
| RAYMOND WALTER MICHLIG, | |
| Defendant. | |

11
12
13
14
15
16
17

18    Having considered the record and the Defendant's unopposed motion to continue the

19  trial, the Court FINDS that for the reasons detailed in the Defendant's motion, the ends of

20  justice served by granting a continuance outweigh the best interests of the public and the

21  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

22    IT IS THEREFORE ORDERED that the Defendant's motion to continue the trial date

23  and other dates is GRANTED.

24    The trial shall be rescheduled on May 2, 2022, and the pretrial motions deadline shall

25  be March 28, 2022.  A pretrial Conference shall be scheduled on April 18, 2022 at 10:00

26  a.m.

27    IT IS FURTHER ORDERED that the time between the date of the filing of the

28  parties' joint motion and the new trial date is excluded in computing the time within which

Order Continuing Trial
*United States v. Michligs*, CR20-185RSM – 1

1   trial must commence because the ends of justice served by granting this continuance

2   outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

3   3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and

4   result in a miscarriage of justice, and would deny counsel for the defendant and government

5   counsel the reasonable time necessary for effective preparation, taking into account the

6   exercise of due diligence. *Id.*

7          Dated this ___3___ day of December, 2021.

8

9

10  _____

11  RICARDO S. MARTINEZ
    Chief United States District Judge

12

13

14  Presented by:

15  */s/ Chuan-Yi Phillip Su*

16  Chuan-Yi Phillip Su
    Attorney for the Defendant

17  Raymond Michlig.

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Trial
*United States v. Michligs*, CR20-185RSM – 2